# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNA L. FREED, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 1:17-cv-00365-C |
| NANCY A. BERRYHILL, | : | |
| Defendant. | : | |

## FINAL JUDGMENT

Social Security Claimant/Plaintiff Donna L. Freed brought this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of a final decision of the Defendant Commissioner of Social Security (the "Commissioner") denying her applications for supplemental security income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. § 1381, *et seq.* The parties have consented to the exercise of jurisdiction by the Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all proceedings in this Court. (Doc. 18 ("In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.")).

Upon consideration of the briefs of the parties, (Docs. 12 & 14), the administrative record, (Doc. 11), the arguments that were presented during the hearing that was held on March 14, 2018, (*see* Doc. 16), and for those reasons

announced by the Court on the record during the hearing, it is determined the Commissioner's decision is supported by substantial evidence and the same is due to be **AFFIRMED**.[1]

      **DONE** and **ORDERED** this the 7th day of June 2018.

        s/WILLIAM E. CASSADY
      **UNITED STATES MAGISTRATE JUDGE**

---

[1] Any appeal taken from the judgment herein shall be made to the Eleventh Circuit Court of Appeals. (*See* Doc. 24 ("An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.")).